AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America <br> v. <br> TED LOVE | ) <br> ) <br> ) Case No: 04-00189-001 <br> ) <br> ) USM No: 08818-003 <br> ) |
| Date of Original Judgment:       05-19-2005 <br> Date of Previous Amended Judgment: 08-04-2008 <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Pro Se <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  235  months **is reduced to**  188 months  .

Except as otherwise provided, all provisions of the judgment dated   05-19-2005   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   April 9, 2012                    /s/ Callie V. S. Granade
                                               *Judge's signature*

Effective Date: _____                     United States District Judge
*(if different from order date)*               *Printed name and title*